IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DARLENE WIMBUSH, | ) | Case No. 4:10CV00036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that an Order be entered affirming the Commissioner's final decision. The parties in this case filed their respective Motions for Summary Judgment (ECF Nos. 16, 18) and supporting briefs (ECF Nos. 17, 19), which Magistrate Judge B. Waugh Crigler considered before issuing his R&R on March 10, 2011. (ECF No. 20.) This matter is now ripe for review.

For the reasons discussed in the accompanying Memorandum Opinion, I hereby **ADOPT** the R&R in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is **AFFIRMED**, and the clerk is directed to **DISMISS** this case from the court's docket.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to counsel as well as to Magistrate Judge Crigler.

Entered this 6th day of May, 2011.

                                                s/Jackson L. Kiser
                                                Senior United States District Judge